Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, Johnson, & Patrick, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, CA 95747
916-290-7778 ph
916-721-2767 fax

Attorney for Plaintiff
James Liby

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| James Liby,<br><br>            Plaintiff,<br><br>   v.<br><br>Equifax Information Services, LLC, et. al.<br><br>            Defendants. | Case No.: 8:23-cv-02318-CJC-JDE<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX INFORMATION SERVICES, LLC |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

    **PLEASE TAKE NOTICE THAT** plaintiff James Liby and defendant Equifax Information Services, LLC have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Equifax Information Services, LLC within 35 days once the settlement is finalized.

Dated: March 25, 2024

                                        **Gale, Angelo, & Johnson, P.C.**
                                        /s/ *Joe Angelo*
                                        Joe Angelo
                                        Attorney for Plaintiff