Joe Angelo (Bar #268542)
jangelo@gajplaw.com
Gale, Angelo, & Johnson, P.C.
2999 Douglas Blvd., Ste. 111
Roseville, CA 95661
916-290-7778 ph
916-282-0771 fax

Attorney for Plaintiff
James Liby

# IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| James Liby<br><br>Plaintiff,<br><br>v.<br><br>Equifax Information Services, LLC, et. al.<br><br>Defendants. | Case No.: 8:23-cv-02318-MRA-JDE<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT HYUNDAI CAPITAL AMERICA |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff James Liby and defendant Hyundai Capital America ("HCA") have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of HCA within 35 days once the settlement is finalized.

Dated: June 6, 2024

**Gale, Angelo, & Johnson, P.C.**

/s/ *Joe Angelo*
Joe Angelo
Attorney for Plaintiff

NOTICE OF SETTLEMENT - 1